

**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

FILED
Nov 12  4 34 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

*Connecticut Financial Center*           (203) 821-3700
*157 Church Street*
*P.O. Box 1824*                          *Fax (203) 773-5376*
*New Haven, Connecticut  06510*          *www.usdoj.gov/usao/ct*

November 7, 2003

BY HAND

Honorable Janet B. Arterton
United States District Judge
United States Courthouse
141 Church Street
New Haven, CT 06510

                      Re:   <u>De Dampierre v. Ashcroft, et. al.</u>
                            3:03CV681(JBA)

Dear Judge Arterton:

      The Government respectfully submits this letter to notify the Court that on October 24, 2003, an immigration judge ("IJ") denied petitioner Aymar De Dampierre's ("De Dampierre's") application for cancellation of removal and De Dampierre was again order deported to his native France. <u>See</u> Exhibit A. In addition, on October 28, 2003, the IJ granted petitioner's motion to waive his right to appeal the IJ's order. <u>See</u> Exhibit B. Consequently, De Dampierre now has a final order of removal and is no longer being detained pursuant to INA § 236(c), 8 U.S.C. § 1226(c). <u>See</u> 8 U.S.C. § 1101(a)(47)(B)(Supp. IV 1998) (defining administratively final removal order). For the reasons set forth in the Government's Memorandum of Law in Opposition to the Petition for Writ of Habeas Corpus at pages 4-6, dated May 21, 2003, De Dampierre is now being detained pursuant to INA § 241, 8 U.S.C. § 1231. Accordingly, De Dampierre's claim of mandatory detention under INA § 236(c) is now moot.

Thank you for your consideration of this submission.[1]

                        Respectfully submitted,

                        KEVIN J. O'CONNOR
                        United States Attorney for the
                        District of Connecticut
                        Attorney for Respondents

By: _____
     KRISHNA R. PATEL (CT-24433)
     Assistant United States Attorney
     157 Church Street -- 23rd Floor
     New Haven, Connecticut 06510
     Telephone:  (203) 821-3753

cc: Michael Boyle (by facsimile and regular mail)
    Mark T. Kenmore (by facsimile and regular mail)

---

[1] The Government respectfully requests that the Court direct the Clerk of the Court to docket this letter so that it is made a permanent part of the record in this matter.

```
                        IMMIGRATION COURT
                     450 MAIN ST., ROOM 509
                     HARTFORD, CT  04103-3015
```

the Matter of

DAMPIERRE, AYMAR                    Case No.: A29-828-683
   Respondent
                                    IN REMOVAL PROCEEDINGS

                  ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Oct 24, 2003.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[X] The respondent was ordered removed from the United States to **France**
    or in the alternative to
[ ] Respondent's application for voluntary departure was denied and
    respondent was ordered removed to
    alternative to
[ ] Respondent's application for voluntary departure was granted until
        upon posting a bond in the amount of $ _____
    with an alternate order of removal to
[ ] Respondent's application for asylum was ( )granted ( )denied
    ( )withdrawn.
[ ] Respondent's application for withholding of removal was ( )granted
    ( )denied ( )withdrawn.
[X] Respondent's application for cancellation of removal under section
    240A(a) was ( )granted (X)denied ( )withdrawn.
[ ] Respondent's application for cancellation of removal was ( ) granted
    under section 240A(b)(1)   ( ) granted under section 240A(b)(2)
    ( ) denied ( ) withdrawn. If granted, it was ordered that the
    respondent be issued all appropriate documents necessary to give
    effect to this order.
[ ] Respondent's application for a waiver under section _____ of the INA was
    ( )granted ( )denied ( )withdrawn or ( )other.
[ ] Respondent's application for adjustment of status under section _____
    of the INA was ( )granted ( )denied ( )withdrawn. If granted, it
    was ordered that respondent be issued all appropriate documents necessary
    to give effect to this order.
[ ] Respondent's status was rescinded under section 246.
[ ] Respondent is admitted to the United States as a _____ until _____.
[ ] As a condition of admission, respondent is to post a $ _____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper
    notice.
[ ] Respondent was advised of the limitation on discretionary relief for
    failure to appear as ordered in the Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[ ] Other: _____
    Date: Oct 24, 2003
    Appeal: Waived/Reserved   Appeal Due By: Nov. 24, 20__

                                    MICHAEL W. STRAUS
                                    Immigration Judge

By respondent
and DHS

                                                              A-2

                         Exhibit A

**U.S. DEPARTMENT OF JUSTICE**
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
UNITED STATES IMMIGRATION COURT
HARTFORD, CT

In the Matter of

Aymar de Dampierre
Respondent

File A 29 828 683

IN

✓ REMOVAL
___ DEPORTATION
___ ASYLUM ONLY
___ EXCLUSION

PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

Respondent's motion to withdraw reservation of appeal is granted. This Court's order, dated October 24, 2003, is final.

Michael W. Straus
United States Immigration Judge

Oct 28, 2003
Date

**Certificate of Service**
This document was served by: Mail (M)      Personal Service (P)
To:   [ ] Alien    [ ] Alien c/o Custodial Officer    [ ] Alien's Atty/Rep    [ ] Office of the
Date: _____    By Court Staff: _____              District Counsel, DHS

Exhibit B