UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| De Dampierre | : |
| v. | : No. 3:03cv681 (JBA) |
| Ashcroft, et al. | : |

FILED
Nov 14 12 03 PM '03
DISTRICT COURT
NEW HAVEN, CONN.

### Order [Doc. #15]

On April 15, 2003, Petitioner Aymar De Dampierre filed a § 2241 petition asserting that his mandatory detention pursuant to INA § 236(c), 8 U.S.C. § 1226(c), was unlawful, and requesting an individualized bond determination by an immigration judge. See [Doc. # 1]. On November 12, 2003, Respondents filed a letter with this Court, along with supporting documentation, stating that on October 24, 2003, an immigration judge denied De Dampierre's application for cancellation of removal and ordered him deported to his native France. See [Doc. # 15]. In addition, on October 28, 2003, the immigration judge granted De Dempierre's motion to withdraw reservation of appeal. See id. Accordingly, De Dampierre is now under an administratively final order of removal, and is no longer being detained pursuant to § 236(c).[1]

---

[1] As an alien with an administratively final order of removal, De Dampierre is now being detained pursuant to INA § 241, 8 U.S.C. § 1231, which provides that "the Attorney General shall remove the alien from the United States within a period of 90 days," and provides for detention during the removal period. See also Zadvydas v. Davis, 533 U.S. 678, 689 (2001), (construing § 241 to limit "an alien's post-removal-period detention to a period reasonably necessary to bring about that alien's removal from the United States.")

The only claim before this Court was Petitioner's challenge to the mandatory detention provision in § 236(c), which, in light of the foregoing, has been mooted. The Court construes Respondent's letter [Doc. # 15] as a motion to dismiss as moot Petitioner's Petition for Writ of Habeas Corpus, and hereby GRANTS this motion. The petition is dismissed, and the Clerk is directed to close this case.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut, this 14th day of November, 2003.

2