UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AYMAR DeDAMPIERRE          :

v.                         :     CIVIL NO. 3:03CV681 (JBA)

JOHN ASHCROFT,             :
ATTORNEY GENERAL
DEPARTMENT OF
HOMELAND SECURITY          :
IMMIGRATION & CUSTOMS
ENFORCEMENT

## JUDGMENT

This cause came on for consideration on the petitioner's Petition for Writ of Habeas Corpus and respondent's motion to dismiss before the Honorable Janet Bond Arterton, United States District Judge.

The Court has considered all of the papers filed in this action and on November 14, 2003, an Order entered granting defendant's motion to dismiss the petition as moot.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that judgment shall enter for respondent and the case is closed.

Dated at New Haven, Connecticut, this 23th day of November 24, 2003.

KEVIN F. ROWE, CLERK

By_____
Betty J. Torday, Deputy Clerk

EOD_____